**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| INFINITY COMPUTER PRODUCTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 2:12-CV-06805 LDD |
| HEWLETT-PACKARD COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

**REEXAMINATION STATUS REPORT BY HEWLETT-PACKARD COMPANY**

Pursuant to the Court's October 29, 2013 Order (ECF No. 28), Defendant Hewlett-Packard Company hereby provides an update regarding the status of the *ex parte* reexaminations of the asserted patents.

U.S. Patent No. 6,894,811 ("the '811 patent") is under reexamination at control number 90/013,208. On July 19, 2016, the Patent Trial and Appeal Board rendered a decision in which it reversed the Examiner's rejections. A Notice of Intent to Issue Ex Parte Reexamination Certificate issued on August 26, 2016.

U.S. Patent No. 7,489,423 ("the '423 patent") is under reexamination at control number 90/013,207. On July 19, 2016, the Patent Trial and Appeal Board rendered a decision in which it reversed the Examiner's rejections. A Notice of Intent to Issue Ex Parte Reexamination Certificate issued on August 26, 2016.

U.S. Patent No. 8,040,574 ("the '574 patent") is under reexamination at control number 90/013,209. On June 8, 2016, the Patent Trial and Appeal Board rendered a decision in which it

reversed the Examiner's rejections.  A Notice of Intent to Issue Ex Parte Reexamination

Certificate issued on August 26, 2016.

U.S. Patent No. 8,294,915 ("the '915 patent") is under reexamination at control number

90/013,210.  On June 15, 2016, the Patent Trial and Appeal Board rendered a decision in which

it reversed the Examiner's rejections.

Dated:  September 7, 2016                          Respectfully submitted,

                                                   MORGAN, LEWIS & BOCKIUS LLP

                                                   */s/ Jacob A. Snodgrass*
                                                   John V. Gorman (Pa. I.D. No. 80631)
                                                   1701 Market Street
                                                   Philadelphia, PA 19103
                                                   P. 215-963-5000
                                                   F. 215-963-5001

                                                   Jacob A. Snodgrass (admitted pro hac vice)
                                                   MORGAN, LEWIS & BOCKIUS LLP
                                                   1111 Pennsylvania Ave., N.W.
                                                   Washington, DC 20004
                                                   P. 202-739-3000
                                                   F. 202-739-3001

                                                   *Attorneys for Defendant Hewlett-Packard*
                                                   *Company*

## CERTIFICATE OF SERVICE

I, Jacob A. Snodgrass, hereby certify that counsel of record who are deemed to have

consented to electronic service are being served with a copy of the foregoing Reexamination

Status Report by Hewlett-Packard Company via the Court's CM/ECF system per Local Rule of

Civil Procedure 5.1.2(8), and that a copy of the foregoing document was sent by First Class Mail

to Plaintiff Infinity Computer Products, Inc. at the following address of record:

> INFINITY COMPUTER PRODUCTS, INC.
> 315 SAYBROOK ROAD
> VILLANOVA, PA 19085

Dated: September 7, 2016

*/s/ Jacob A. Snodgrass*

DB1/ 89049932.1